## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STEPHEN D. FREEL,** | ) | |
| | ) | **8:04CV147** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **UNITED STATES of AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Considering the Defendant's unopposed motion to extend deadlines (Filing #34),

**IT IS ORDERED** that the deadlines as specified in the Final Progression Order shall be and hereby are be extended as follows:

1.    All depositions shall be completed by **July 31, 2005**, or such other date as soon thereafter as defendant is able to schedule the deposition of plaintiff's medical expert, Dr. William Smith.

2.    The final pretrial conference is continued from June 28, 2005 to Thursday, **August 25, 2005 at 10:00 a.m.**, in chambers, before the undersigned.

3.    Trial (nonjury) is continued to the week of **September 6, 2005**, before District Judge Laurie Smith Camp.

4.    The pretrial disclosures provided for in Fed. R. Civ. P. 26(a)(3) shall be completed by each party on or before **August 15, 2005**.  In particular, on or before that date, the parties shall identify nonexpert witnesses, deposition testimony (other than testimony of Dr. Smith if that transcript is not then available), and discovery responses which the party may present at trial other than solely for impeachment purposes, and a listing and copy of each and every trial exhibit, all as provided for in the Rule.

5.    The status report identified in the Final Progression Order as due June 1, 2005, is deemed addressed by Defendant's statement in its motion that a settlement offer has been extended but not responded to.

**DATED June 15, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge