# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHEN D. FREEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:04CV147 |
| vs. ) | |
| ) | ORDER |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

In light of the reassignment of this case to the Honorable Robert T. Dawson, the final pretrial conference will be rescheduled. Therefore,

**IT IS ORDERED:**

1. The final pretrial conference in this case scheduled for Thursday, August 25, 2005 is rescheduled to **Tuesday, October 25, 2005 at 9:00 a.m.**, in chambers, before the undersigned magistrate judge. The Court's instructions for the submission of the appropriate documents for the conference were previously set out in its August 4, 2005 correspondence to counsel (#37).

Dated this 23rd day of August 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge