IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

STEPHEN D. FREEL                                                          PLAINTIFF

    vs.                    CASE No. 8:04CV147

UNITED STATES OF AMERICA                                          DEFENDANT

### ORDER

Now on this 23rd day of November, 2005, there comes on for consideration the above-styled and numbered cause. In accordance with the Joint Motion to Dismiss (Doc. #72) filed on November 22, 2005, and being well and sufficiently advised in the premises, the Court finds that this matter should be and is hereby DISMISSED with prejudice, with each party to bear its own costs.

    IT IS SO ORDERED.

                                             /S/ *Robert T. Dawson*
                                                    Robert T. Dawson
                                                    United States District Judge

**AO72A**
**(Rev. 8/82)**